*32
 
 Haxi, Judge,
 

 delivered the opinion of the Court:
 

 The Law relating to the competency of witnesses is too well settled at.this day to leave any doubt upon the first point submitted in this case. The general rule is laid down in the case of
 
 Bent v.
 
 Baker, “ that the witness is competent, if the verdict cannot be given in evidence- either for or against him in any other suit/’ &c. The finding of the Jury upon the issue submitted to them in the present case, cannot be used by the witness as evidence in any other suit. There may be exceptions to the general rule, but this is not one. The deposition of David Black was therefore properly received.
 

 As to the second point, it is to be observed, that Mrs. Hornibleau has taken au assignment, of a
 
 chose in
 
 action,
 
 a judgment,
 
 a thing in its nature not assignable at Law. She therefore cannot stand in a better situation than her assignor. Upon an examination of the authorities upon this subject, it will be found, that the ground taken by Mrs. Hornibleau is tenable by those persons only, who, having the “
 
 legal title”
 
 in them, plead that they are purchasers for a valuable consideration and without notice. By this plea, they shew that they have as much equity on their side as their opponents, and that being the case, a Court of Equity will not interfere, and divest them of their legal title. All that Mrs. Hornibleau shews, is, that she purchased Black’s right to a chose in action
 
 ;
 
 She then has
 
 no
 
 legal, but only an
 
 equitable
 
 right. But. Jordan- shews, that Black obtained the judgment against him unconscientiously, and this Court will say, in such case, that he shall not have the benefit of it, nor shall Mrs. Hornibleau, as she can stand -n a situation no better than her assignor. Let the injunction therefore be perpetuated.